SAXENA WHITE

10 Bank Street | 8th Floor | White Plains, NY 10606

Steven B. Singer
ssinger@saxenawhite.com

**VIA ECF**

June 15, 2021

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan U.S. Courthouse
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG, et al.*, Case No. 1:21-cv-03385-NRB

Dear Judge Buchwald:

      My firm represents proposed Lead Plaintiff the Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers") in connection with the above-captioned securities class action.  In accordance with Rule 2(E)(1) of Your Honor's Individual Practices, we write to inform Your Honor that Georgia Peace Officers has filed herewith a Motion, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), seeking appointment as Lead Plaintiff and approval of its selection of Saxena White P.A. as Lead Counsel for the class.  In addition, pursuant to Rule 2(I) of Your Honor's Individual Practices, Georgia Peace Officers respectfully requests oral argument on the Motion.

      Georgia Peace Officers requests appointment as Lead Plaintiff because it satisfies all of the statutory requirements for lead plaintiff status pursuant to the PSLRA.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Specifically, Georgia Peace Officers has timely filed a motion within the statutory 60-day deadline, has suffered a substantial loss in connection with the defendants' alleged fraud that it believes to be larger than that of any competing movant, and satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.  Additionally, Georgia Peace Officers has selected qualified counsel to represent the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v).

      For the foregoing reasons, and as set forth in the accompanying memorandum of law in support of its Motion, Georgia Peace Officers respectfully requests that the Court grant its Motion in all respects.

      We also are aware of Rule 2(B) of Your Honor's Individual Practices, which requires a pre-motion conference prior to filing a motion.  We respectfully request leave from complying with this practice as the lead plaintiff appointment process established by the PSLRA makes this practice impracticable at this time: we are unaware of which other class members, if any, will also seek appointment as Lead Plaintiff up until the deadline for filing motions expires at

midnight tonight. Accordingly, we respectfully request that Your Honor's pre-motion conference requirement be waived in this instance.

SO ORDERED.

Respectfully submitted,

*/s/ Steven B. Singer*
Steven B. Singer

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 16, 2021

CC: All counsel of record (via ECF)