**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**       (212) 805-0194
UNITED STATES DISTRICT JUDGE

June 30, 2021

Steven B. Singer
Saxena White P.A.
10 Bank Street 8th Floor
White Plains, NY 10606

David Avi Rosenfeld
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747

RE: **City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG et al**
**21 Civ. 3385 (NRB)**

Dear Counsel:

The Court has reviewed your stipulation and order proposing the appointment of both Sheet Metal Workers Pension Plan of Northern California and Peace Officers' Annuity and Benefit Fund of Georgia as lead plaintiffs, and approval of Robbins Geller Rudman & Dowd LLP and Saxena White P.A. as lead counsel. ECF No. 30. As counsel surely recognize, the Court is responsible for evaluating the adequacy of each potential lead plaintiff and lead counsel prior to their appointment. In order to fulfill that responsibility, we seek certain information beyond that described in your proposed stipulation and order.

First, what, if any, are the features of this case that necessitate the appointment of more than one counsel? Second, assuming that the Court determines that appointment of more than one counsel is appropriate, what measures do you propose to put in place in order to avoid duplication of work? Finally, assuming that the Court decides not to appoint two counsel, which proposed lead plaintiff actually suffered the greatest loss?

Your prompt response, addressing the concerns reflected above, would be appreciated.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc:   Herbert Washer
      Joel Laurence Kurtzberg
      Cahill Gordon & Reindel LLP
      32 Old Slip
      New York, NY 10005