UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:21-cv-03385-NRB
FIRE RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, : CLASS ACTION
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　:
　　　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
CREDIT SUISSE GROUP AG, THOMAS　　　　:
GOTTSTEIN, LARA J. WARNER and　　　　　:
DAVID R. MATHERS,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　:
　　　　　　　　　　　　　　　　　　　　:
——————————————————————— x

### [PROPOSED] REVISED SCHEDULING ORDER

IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Amended Complaint shall be filed on or before November 11, 2021.

2. Defendants' deadline to move, answer, or otherwise respond to the Amended Complaint is no later than January 28, 2022.

3. Lead Plaintiff's opposition to Defendants' motion to dismiss shall be filed no later than March 29, 2022.

4. Defendants' reply in further support of their motion to dismiss shall be filed no later than April 28, 2022.

\*　　\*　　\*

ORDER   *No further adjournments*

IT IS SO ORDERED.

DATED: *October 5, 2021*　　　　　　*Naomi Reice Buchwald*
　　　　　　　　　　　　　　　　　THE HONORABLE NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE