# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

Mark Lebovitch
MarkL@blbglaw.com
212-554-1519

October 31, 2022

VIA ECF

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG, et al.*, No. 1:21-cv-03385-NRB

Dear Judge Buchwald:

We represent Employees Retirement System for the City of Providence ("Providence"), the plaintiff in a stockholder derivative action captioned *Employees Retirement System for the City of Providence v. Rohner, et al.*, Index No. 651657/2022 (Sup. Ct. N.Y. Cnty. Filed Apr. 26, 2022) (the "CS Derivative Suit"). We submit this letter to withdraw Document 70 (Pre-Motion Letter), filed in this litigation on October 25, 2022. The issues discussed in our pre-motion letter, under Rule 2B of Your Honor's Rules, have been mooted after conversations between Providence and the parties of the above-captioned federal securities action ("CS Securities Action").

Accordingly, Providence respectfully asks this Court to withdraw our pre-motion letter before ruling on the preliminary approval before it.

Respectfully yours,

/s/*Mark Lebovitch*

Mark Lebovitch

Cc: All Counsel of Record (via ECF)