# Robbins Geller Rudman & Dowd LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Theodore J. Pintar
tedp@rgrdlaw.com

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
        March 13, 2023

March 13, 2023

VIA ECF

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan U.S. Courthouse
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

  Re: *City of St. Clair Shores Police and Fire Retirement System v.*
    *Credit Suisse Group AG, et al.*, No. 1:21-cv-03385-NRB (S.D.N.Y.)

Dear Judge Buchwald:

  On behalf of Lead Plaintiff, we write to respectfully request a 10-page extension of the 25-page limit applicable, under Rule 2(D) of this Court's Individual Practices, to memoranda of law in support of the forthcoming motion for final approval of the proposed settlement and the fee and expense application.

  In accordance with the Court's December 23, 2022 Order Preliminarily Approving Settlement and Providing for Notice (ECF 74), opening briefs in support of the Settlement, Plan of Allocation and application for an award of attorneys' fees and expenses are due March 31, 2023. In lieu of filing two separate briefs of up to 25 pages in length, we respectfully request a 10-page extension of the 25-page limit to allow us to file a single memorandum in support of both the Settlement and the fee and expense application. We have conferred with counsel for the defendants and they have no objection to this request.

    Respectfully submitted,

    *[signature]*

    THEODORE J. PINTAR

TJP:th
cc: All Counsel (via ECF)

4885-1150-1653.v1
 655 West Broadway, Suite 1900  San Diego, CA 92101  Tel 619-231-1058  Fax 619-231-7423  rgrdlaw.com