UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

CITY OF ST. CLAIR SHORES POLICE AND :    Civil Action No. 1:21-cv-03385-NRB
FIRE RETIREMENT SYSTEM, Individually   :
and on Behalf of All Others Similarly Situated, :    <u>CLASS ACTION</u>
                      :
               Plaintiff,    :    DECLARATION OF ROSS D. MURRAY
                      :    REGARDING NOTICE DISSEMINATION,
     vs.                    :    PUBLICATION, AND REQUESTS FOR
                      :    EXCLUSION RECEIVED TO DATE
CREDIT SUISSE GROUP AG, THOMAS    :
GOTTSTEIN, DAVID R. MATHERS, LARA   :
J. WARNER and BRIAN CHIN,        :
                      :
           Defendants.    :
                      :

——————————————————— x

I, ROSS D. MURRAY, declare and state as follows:

1.    I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

2.    Pursuant to this Court's December 23, 2022 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3.    I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit A); (ii) publication of the Summary Notice; (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Gilardi.

### DISSEMINATION OF THE CLAIM PACKAGE

4.    Pursuant to the Notice Order, Gilardi is responsible for disseminating the Claim Package to potential Class Members.  The Class consists of all persons who purchased or otherwise acquired Credit Suisse ADRs between October 29, 2020 and March 31, 2021, inclusive.  Excluded from the Class are Defendants and members of their immediate families, the officers and directors of the Company at all relevant times and members of their immediate families, the legal representatives, heirs, successors or assigns of any of the foregoing, and any entity in which

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated September 12, 2022 (the "Stipulation") (ECF 67), which is available on the website established for the Settlement at www.CreditSuisseSecuritiesSettlement.com.

Defendants have or had a controlling interest.  Also excluded from the Class are any persons and entities who are found by the Court to have timely and validly requested exclusion.

5.      Gilardi received a file via email from Credit Suisse's transfer agent, which contained the names and addresses of potential Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 168 unique names and addresses.  Gilardi had the unique name and address data printed on to Claim Packages, posted the Claim Packages for First-Class Mail, postage prepaid, and delivered 168 Claim Packages on January 6, 2023, to the United States Post Office for mailing.

6.      In addition, on January 6, 2023, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Claim Packages and cover letters to 279 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Gilardi.  In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Claim Packages advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Claim Packages to potential Class Members.  In the more than three decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders.  Gilardi also mailed Claim Packages and cover letters to the 4,441 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit B.

7.      On January 6, 2023, Gilardi also delivered electronic copies of the Claim Package to 372 registered electronic filers who are qualified to submit electronic claims.  These filers are

primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.      As part of the notice program for this Settlement, on January 6, 2023, Gilardi also delivered electronic copies of the Claim Package via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and contact Gilardi for copies of the Claim Package for their beneficial holders.

9.      Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Gilardi has forwarded the Claim Package on request to nominees who purchased or acquired Credit Suisse ADRs for the beneficial interest of other persons.  Gilardi has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.     Following the initial mailing, Gilardi received 15 responses to the outreach efforts described above, which included computer files containing a total of 6,867 names and addresses of potential Class Members.  In addition, 32 institutions requested that Gilardi send them a total of 40,878 Claim Packages for forwarding directly to their clients.  Gilardi also received one response that included a mailing label with the name and address of one additional potential Class Member.  Gilardi has also mailed 38 Claim Packages as a result of returned mail for which new addresses were identified for re-mailing to those potential Class Members.  Each of these requests has been completed in a timely manner.

11.     As of March 24, 2023, Gilardi has mailed a total of 53,044 Claim Packages to potential Class Members and nominees.

### PUBLICATION OF THE SUMMARY NOTICE AND BANNER ADS

12.     In accordance with the Notice Order, on January 16, 2023, Gilardi caused the Summary Notice to be transmitted over *Business Wire*.  On January 16, 2023, January 23, 2023 and January 30, 2023, Gilardi caused the Summary Notice to be published in *IBD Weekly*.  On January 16, 2023, January 23, 2023, January 30, 2023 and February 6, 2023, Gilardi caused the

Summary Notice to be published in The Financial Times (worldwide edition). On January 27, 2023, February 2, 2023 and February 9, 2023, Gilardi caused banner ads to be published on the front page of the "World News" section of *WSJ.com*. The banner ad provided a brief description of the class action and, when clicked, directed the user to the case website at www.CreditSuisseSecuritiesSettlement.com. From February 14, 2023 through February 28, 2023, Gilardi caused banner ads to be published on the "Business" channel of Fortune.com.[2] Confirmations of publication for each are attached hereto as Exhibit C.

### TELEPHONE HELPLINE AND WEBSITE

13.     On January 6, 2023, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-888-815-0390, to accommodate potential Class Member inquiries. The toll-free number is on the case website. Gilardi has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14.     On January 6, 2023, Gilardi established and continues to maintain a website dedicated to this Settlement (www.CreditSuisseSecuritiesSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions. The web address was set forth in the Claim Package and the Summary Notice. The website includes information regarding the Litigation and the Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. Class Members can also complete and submit a Proof of Claim through the website.

### REQUESTS FOR EXCLUSION RECEIVED TO DATE

15.     The Notice informs potential Class Members that written requests for exclusion from the Class must be mailed to *Credit Suisse Securities Settlement*, EXCLUSIONS, c/o Gilardi

---

[2] The Notice Order provides for the Summary Notice to also be published three times in Bloomberg Businessweek (worldwide). However, because Bloomberg was unable to publish the Summary Notice, with the approval of Lead Counsel, Gilardi instead published the Summary Notice on Fortune.com, due to similar audience characteristics and reach.

& Co. LLC, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than April 20, 2023.

16.    The Notice also sets forth the information that must be included in each request for exclusion.  Gilardi has monitored and will continue to monitor all mail delivered to this address. As of the date of this declaration, Gilardi has received two requests for exclusion, redacted copies of which are attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 24th day of March, 2023, at San Rafael, California.


_____
ROSS D. MURRAY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 31, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jason C. Davis
JASON C. DAVIS

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
Email: jdavis@rgrdlaw.com

SDNY CM/ECF NextGen Version 1.6.3

# Mailing Information for a Case 1:21-cv-03385-NRB City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Erin Whitney Boardman**
  eboardman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Richard William Gonnello**
  rgonnello@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com

- **David George Januszewski**
  djanuszewski@cahill.com,MA@cahill.com

- **Joel Laurence Kurtzberg**
  JKurtzberg@cahill.com,MA@cahill.com

- **Adam Shawn Mintz**
  amintz@cahill.com,MA@cahill.com

- **Edward Nathaniel Moss**
  EMoss@cahill.com,edward-moss-3905@ecf.pacerpro.com

- **Theodore J. Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sheila Chithran Ramesh**
  sramesh@cahill.com,MA@cahill.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,malbert@ecf.courtdrive.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven B. Singer**
  ssinger@saxenawhite.com,e-file@saxenawhite.com

- **Herbert Scott Washer**
  hwasher@cahill.com,MA@cahill.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)