# EXHIBIT B



1 McInnis Parkway
Suite 250
San Rafael, CA 94903
P: (415) 458-3015

January 6, 2023

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
South Bend, IN 46601
«FCountry»

Re:  **Credit Suisse Securities Settlement**

Dear «GENDER» «LastName»:

Please find enclosed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release ("Proof of Claim") for the above-referenced litigation. Note both the Class Period and the designated eligible securities described on page one of the Notice, specifically, the inclusion of all persons who purchased or otherwise acquired American Depository Receipts ("ADRs") of Credit Suisse Group AG ("Credit Suisse") during the period from October 29, 2020 through March 31, 2021, inclusive (the "Class"). In addition, **the Notice provides that the Exclusion Deadline is April 20, 2023 and the Claim Filing Deadline is April 6, 2023.**

Please pay particular attention to the "Special Notice to Nominees" on page twelve of the Notice which states: Nominees who purchased or acquired Credit Suisse ADRs for the beneficial interest of other Persons during the Class Period shall, within ten (10) calendar days after receipt of this Notice: (1) provide the Claims Administrator with the names and addresses of such beneficial owners; or (2) forward a copy of this Notice and the Proof of Claim by First-Class Mail to each such beneficial owner and provide Lead Counsel with written confirmation that the Notice and Proof of Claim have been so forwarded. Upon submission of appropriate documentation, Lead Counsel will reimburse your reasonable costs and expenses of complying with this provision. Additional copies of this Notice may be obtained from the Claims Administrator by writing notifications@gilardi.com or Credit Suisse Securities Settlement, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 6159, Novato, CA 94948-6159.

Do not make your own copies of the Proof of Claim Form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number.

If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to notifications@gilardi.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send.  Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:
- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission.

If you have any questions, please email notifications@gilardi.com.

Sincerely,
Gilardi and Co., LLC
*Credit Suisse Securities Settlement* Claims Administrator