# EXHIBIT D



*CTSU-EXCL00001*

RECEIVED
Mar 23, 2023
Claims Center

# Exclusion Cover Page

Case Name: Credit Suisse Securities Settlement

Case Code: CTSU

Exclusion Deadline: April 20, 2023 (Postmarked no later than)

Name of Person Filing Exclusion: Jackson Edward Oliver

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF ST. CLAIR SHORES POLICE AND FIRE RETIREMENT SYSTEM, Plaintiff | ) ) ) ) | CIVIL ACTION NO. 1:21-cv-03385-NRB |
| VS. | ) ) | CLASS ACTION |
| CREDIT SUISSE GROUP AG, THOMAS GOTTSTEIN, DAVID R MATHERS, LARA J. WARNER and BRIAN CHIN, Defendants. | ) ) ) ) | |

## NOTICE OF REQUEST FOR EXCLUSION FROM CLASS

Comes now the undersigned, Jackson Edward Oliver (hereinafter the "Requestor"), and submits this request for exclusion from the Class in the above referenced matter showing the Court as follows:

1) Requestor's information is Jackson Edward Oliver, ███████████████████

███████████████████

2) Requestor hereby requests to be excluded from the Class in the above referenced matter pursuant to Federal Rule of Civil Procedure 23(c)(2)(B)(v);

3) Requestor purchased approximately 11.1031 Credit Suisse ADRs on or about March 31, 2021 at the average price of $10.45 per ADR;

Respectfully submitted this 15th day of March, 2023.

Jackson Edward Oliver

The Law Offices of Jackson E Oliver

15 MAR 2023PM 5 L

**$0.60⁰**
US POSTAGE
FIRST-CLASS
FROM 30328
03/15/2023
stamps
endicia

Credit Suisse Securities Settlement
EXCLUSIONS
Po Box 5100
LARKSPUR CA 94977-5100

MAR 2 3 2023

BY: ......................

CTSU



*CTSU-EXCL00002*

RECEIVED
Mar 23, 2023
Claims Center

# Exclusion Cover Page

Case Name: Credit Suisse Securities Settlement

Case Code: CTSU

Exclusion Deadline: April 20, 2023 (Postmarked no later than)

Name of Person Filing Exclusion: Nancy Ruan

# REQUEST EXCLUSION FROM CLASS ACTION SETTLEMENT

Hello EXCLUSIONS for the Credit Suisse Securities Settlement,

I would like to **request exclusion from the Class**.

Name: Nancy Ruan

Address:



Telephone: 808-741-7406

Purchase History

| Date of Purchase | # of ADRs | Purchased Price | Purchase Total |
|---|---|---|---|
| 03/31/2021 | 5 | $10.63 | $53.15 |

Let me know if there is anything else needed to process this exclusion.


Sincerely,

Nancy Ruan

Nancy Ruan



MAR 2 3 2023

BY: ......................

Credit Suisse Securities Settlement
EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

CTSU

94977-510000