# EXHIBIT A

**EXHIBIT A**

*City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG, et al.,*
No. 1:21-cv-03385-NRB
Robbins Geller Rudman & Dowd LLP
Inception through February 7, 2023

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 16.80 | 675 | $        11,340.00 |
| Boardman, Erin W. | (P) | 185.80 | 840 | 156,072.00 |
| Cochran, Brian E. | (P) | 31.20 | 770 | 24,024.00 |
| Davis, Jason C. | (P) | 568.80 | 890 | 506,232.00 |
| Millkey, Mark T. | (P) | 8.80 | 1100 | 9,680.00 |
| Myers, Danielle S. | (P) | 11.20 | 950 | 10,640.00 |
| Pintar, Theodore J. | (P) | 163.60 | 1100 | 179,960.00 |
| Robbins, Darren J. | (P) | 0.70 | 1350 | 945.00 |
| Rosenfeld, David A. | (P) | 8.40 | 945 | 7,938.00 |
| Rudman, Samuel H. | (P) | 49.50 | 1350 | 66,825.00 |
| Sanchez, Juan Carlos | (P) | 4.40 | 675 | 2,970.00 |
| Kelley, John M. | (A) | 313.90 | 375 | 117,712.50 |
| Blasy, Mary K. | (OC) | 49.70 | 925 | 45,972.50 |
| Gonnello, Richard W. | (OC) | 376.90 | 955 | 359,939.50 |
| Herman, Dennis J. | (OC) | 3.00 | 1040 | 3,120.00 |
| Walton, David C. | (OC) | 1.90 | 1090 | 2,071.00 |
| Economic Analysts | | 57.70 | 295-430 | 19,177.00 |
| Research Analyst | | 29.10 | 295 | 8,584.50 |
| Investigators | | 100.00 | 290 | 29,000.00 |
| Litigation Support | | 1.60 | 300 | 480.00 |
| Law Clerk | | 14.00 | 175 | 2,450.00 |
| Paralegals | | 104.40 | 275-375 | 37,640.00 |
| Document Clerks | | 3.50 | 150 | 525.00 |
| Shareholder Relations | | 18.30 | 100 | 1,830.00 |
| *TOTAL* | | *2,123.20* | | *$    1,605,128.00* |

(P) Partner
(A) Associate
(OC) Of Counsel