# EXHIBIT B

**EXHIBIT B**

*City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG, et al.,*
No. 1:21-cv-03385-NRB
Robbins Geller Rudman & Dowd LLP
Inception through December 26, 2022

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness and Other Fees | $        1,480.20 |
| Telephone | 13.80 |
| Messenger, Overnight Delivery | 317.48 |
| Consultant (Integra FEC LLC) | 15,479.55 |
| Online Legal and Financial Research | 2,365.45 |
| *TOTAL* | *$     19,656.48* |