# EXHIBIT C

**EXHIBIT C**

*City of St. Clair Shores Police and Fire Retirement System v. Credit Suisse Group AG, et al.*,
No. 1:21-cv-03385-NRB
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $1,480.20

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/17/21 | Clerk, S.D. New York | 04/16/21 – Filing fee for new Complaint |
| 04/26/21 | Class Action Research & Litigation Support Services, Inc. | Personal Service: Credit Suisse Group AG, Summons in a Civil Action; Complaint for Violations of the Federal Securities Laws; Civil Cover Sheet |
| 04/27/21 | Class Action Research & Litigation Support Services, Inc. | Returned Not Served: Lara J. Warner, c/o Credit Suisse Group AG, Summons in a Civil Action; Complaint for Violations of the Federal Securities Laws; Civil Cover Sheet |
| 04/27/21 | Class Action Research & Litigation Support Services, Inc. | Returned Not Served: Thomas Gottstein, c/o Credit Suisse Group AG, Summons in a Civil Action; Complaint for Violations of the Federal Securities Laws; Civil Cover Sheet |
| 08/22/22 | Clerk of the Court | Certificate of Good Standing for T. Pintar |
| 09/02/22 | Clerk, S.D. New York | *Pro Hac Vice* fee for T. Pintar |
| 10/19/22 | Class Action Research & Litigation Support Services, Inc. | 09/19/22 Delivery of courtesy copies to chambers; Lead Plaintiff's Notice of Motion and Unopposed Motion for Preliminary Approval of Settlement, Certification of the Class, and Approval of Notice to the Class; Letter to Judge; Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement |